**No. 26-5133**

# IN THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

ROBERT HUNTER BIDEN,

*Plaintiff-Appellee,*

v.

PATRICK M. BYRNE,

*Defendant-Appellant.*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
No. 2:23-cv-09430-SVW-PD
The Honorable Stephen V. Wilson, District Judge

# PLAINTIFF-APPELLEE'S MOTION FOR JUDICIAL NOTICE


Richard A. Harpootlian
Phillip D. Barber
RICHARD A. HARPOOTLIAN, P.A.
1410 Laurel Street
Columbia, SC 29201
(803) 252-4848

Bryan M. Sullivan
Zachary C. Hansen
LEECH TISHMAN
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024
(424) 738-4400

*Attorneys for Plaintiff-Appellee*

Plaintiff-Appellee Robert Hunter Biden moves, under Federal Rule of Appellate Procedure 27 and Federal Rule of Evidence 201, for an order taking judicial notice of two records of the Supreme Court of British Columbia in *Nazerali v. Mitchell*, Vancouver Registry No. S116979: the Reasons for Judgment of May 6, 2016, reported as 2016 BCSC 810 (Exhibit A), and the Order After Trial dated May 6, 2016, and entered July 25, 2017 (Exhibit B). Each is a copy certified by the Registry of that court on June 19, 2025, and attached to the accompanying Declaration of Phillip D. Barber. Counsel for Plaintiff-Appellee asked counsel for Defendant-Appellant Patrick M. Byrne for his position on this motion by email on November 16, 2026, and has received no response. On information and belief, Mr. Byrne opposes the motion.

**<u>RELEVANCE</u>**

The order under review relied on the *Nazerali* judgment in fixing the amount of punitive damages. 1-ER-20–21. Mr. Byrne challenges that reliance, Opening Br. 44–46, but does not dispute the judgment's existence, its findings, or its amount. The judgment was pleaded in the complaint, 3-ER-436 (Compl. ¶ 11), and was before the district court in the briefing on default judgment. 2-ER-191 (ECF No. 350 at 24). That

briefing cited the decision by its neutral citation rather than filing a copy. Part V.D of the Brief of Plaintiff-Appellee, filed with this motion, quotes the Reasons for Judgment. The certified copies are offered so that the Court has the complete text of the decision on which the district court relied and of the order that gave it effect.

**GROUNDS FOR JUDICIAL NOTICE**

A court "may judicially notice a fact that is not subject to reasonable dispute because it . . . can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned," and "may take judicial notice at any stage of the proceeding." Fed. R. Evid. 201(b)(2), (d); *see United States v. Camp*, 723 F.2d 741, 744 n.** (9th Cir. 1984) (appellate court may notice any matter the trial court could have noticed). This Court "may take notice of proceedings in other courts, both within and without the federal judicial system, if those proceedings have a direct relation to matters at issue." *United States ex rel. Robinson Rancheria Citizens Council v. Borneo, Inc.*, 971 F.2d 244, 248 (9th Cir. 1992) (quoting *St. Louis Baptist Temple, Inc. v. FDIC*, 605 F.2d 1169, 1172 (10th Cir. 1979)); *see Reyn's Pasta Bella, LLC v. Visa USA, Inc.*, 442 F.3d 741, 746 n.6 (9th Cir. 2006) (noticing, on appeal, filings in another court);

*Harris v. County of Orange*, 682 F.3d 1126, 1131–32 (9th Cir. 2012) ("documents on file in federal or state courts"). Courts in this Circuit apply the same rule to the judgments and orders of foreign courts. *Lawson v. Klondex Mines Ltd.*, 450 F. Supp. 3d 1057, 1071 (D. Nev. 2020) (order of the Supreme Court of British Columbia); *BCS Bus. Consulting Servs. Pte. Ltd. v. Baker*, 755 F. Supp. 3d 1285, 1297–98 (C.D. Cal. 2024) (judgments of the Singapore courts). The authenticity of the certified copies cannot reasonably be questioned, and the Reasons for Judgment are published under the neutral citation 2016 BCSC 810.

This is not a request to notice facts presented for the first time on appeal. *Cf. Children's Health Def. v. Meta Platforms, Inc.*, 112 F.4th 742, 756–57 (9th Cir. 2024). The district court cited and relied on the *Nazerali* decision, and the records offered here are the decision itself and the order entered on it. Mr. Biden asks the Court to notice the existence of the judgment, the findings the British Columbia court made, and the relief it ordered, which are the matters the district court considered. He does not ask the Court to accept as true any fact recited in the Reasons for Judgment. *See Lee v. City of Los Angeles*, 250 F.3d 668, 690 (9th Cir. 2001), *overruled in part on other grounds as recognized in Galbraith v.*

*County of Santa Clara*, 307 F.3d 1119, 1125–26 (9th Cir. 2002); *Children's Health Def.*, 112 F.4th at 757.

## CONCLUSION

The Court should grant the motion and take judicial notice of Exhibits A and B to the Declaration of Phillip D. Barber.

DATED: November 17, 2026

Respectfully submitted,

s/Phillip D. Barber
Richard A. Harpootlian
Phillip D. Barber
RICHARD A. HARPOOTLIAN, P.A.
1410 Laurel Street
Columbia, SC 29201
(803) 252-4848

Bryan M. Sullivan
Zachary C. Hansen
LEECH TISHMAN
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024
(424) 738-4400

*Attorneys for Plaintiff-Appellee Robert Hunter Biden*

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 706 words, excluding the items exempted by Fed. R. App. P. 32(f), and with the typeface and type-style requirements of Fed. R. App. P. 27(d)(1)(E) and 32(a)(5)-(6) because it has been prepared in a proportionally spaced 14-point typeface.

s/Phillip D. Barber
Phillip D. Barber
*Attorney for Plaintiff-Appellee*

## CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2026, I electronically filed the foregoing Motion for Judicial Notice and the accompanying Declaration of Phillip D. Barber, with Exhibits A and B, with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate electronic filing system. Participants in the case who are registered users of the appellate electronic filing system will be served by that system.

s/Phillip D. Barber
Phillip D. Barber
RICHARD A. HARPOOTLIAN, P.A.
1410 Laurel Street
Columbia, SC 29201

*Attorneys for Plaintiff-Appellee*